Vijay J. Patel
Attorney at Law: 285585
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
ANGELIKA C. CUTINO-NEIL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANGELIKA C. CUTINO-NEIL | ) Case No.: 1:15-cv-00522-BAM |
| | ) |
| Plaintiff, | ) STIPULATION TO EXTEND TIME |
| v. | ) TO FILE PLAINTIFF'S OPENING |
| | ) BRIEF |
| CAROLYN W. COLVIN,  Acting | ) |
| Commissioner of Social Security. | ) (FIRST REQUEST) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

1    Plaintiff Angelika C. Cutino-Neil and Defendant Carolyn W. Colvin, Acting

2  Commissioner of Social Security, through their undersigned attorneys, stipulate,

3  subject to this court's approval, to extend the time by 35 days from November 26,

4  2015 to December 31, 2015 for Plaintiff to file a Plaintiff's Opening brief, with all

5  other dates in the Court's Order Concerning Review Of Social Security Cases

6  extended accordingly. This is Plaintiff's first request for an extension. This request

7  is made at the request of Plaintiff's counsel to allow additional time to fully

8  research the issues presented.

9  DATE: November 30, 2015              Respectfully submitted,

10                         LAWRENCE D. ROHLFING

11                             /s/ *Vijay J. Patel*

        BY: _____

12                         Vijay J. Patel

13                         Attorney for plaintiff Ms. Angelika C. Cutino-Neil

14

15  DATE:  November 30, 2015

                         BENJAMIN WAGNER
16                         United States Attorney

17                             /s/ *Annabelle J. Yang*

        BY: _____

18                         Annabelle J. Yang
                         Special Assistant United States Attorney
19                         Attorneys for defendant Carolyn W. Colvin
                         |*authorized by e-mail|

20

21

22                             **ORDER**

23

24    Pursuant to the stipulation of the parties, and good cause shown, IT IS

25  HEREBY ORDERED that Plaintiff shall have an extension of time to December

26

31, 2015, in which to file her opening brief.  All other deadlines set forth in the April 7, 2015 Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **December 2, 2015**           /s/ Barbara A. McAuliffe

UNITED STATES MAGISTRATE JUDGE